UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - GRAND RAPIDS

---

DIRECTV, Inc., a California corporation,

       Plaintiff,

v.

FRANK D. LEHNEN, JR., Individually, and as officer, director, shareholder and/or principal of EXIT 86, INC.,d/b/a MONARCH CLUB, a/k/a MONARCH'S CLUB, a/k/a MONARCHS CLUB, and EXIT 86, INC.,d/b/a MONARCH CLUB, a/k/a MONARCH'S CLUB, a/k/a MONARCHS CLUB,

       Defendants.

---

STIPULATION OF DISMISSAL

Civil Action No. 1:09-CV-886 PLM-JGS

     It is hereby stipulated and agreed to by and between the parties herein that the above entitled action is hereby dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: January 12, 2010

| /s/ Wayne D. Lonstein | /s/  Frederick W. Jensen, Jr. |
|---|---|
| Wayne D. Lonstein, Esq. | Frederick W. Jensen, Jr., Esq. |
| Bar Roll No.  WL0807 | Bar Roll No. |
| Lonstein Law Office, P.C. | Allegan Law Offices |
| 1 Terrace Hill; P.O. Box 351 | 327 Water Street |
| Ellenville, NY 12428 | Allegan, MI 49010 |
| Telephone: 845-647-8500 | Telephone: (269)673-8133 |
| Facsimile:   845-647-6277 | Facsimile:  (269)673-7307 |

SO  ORDERED this ____day of ____, 2010

_____
HON. PAUL L. MALONEY
United States District Judge